UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

FLOYD RAGSDALE,

                         Plaintiff,

v.                                     Civil Action No. 3:12-CV-404

MICHAEL J. ASTRUE,
   Commissioner of Social Security,

                         Defendant.

## **FINAL ORDER**

For the reasons stated in the accompanying Memorandum Opinion, the Court OVERRULES Ragsdale's objections and ADOPTS Judge Novak's R&R (ECF no. 12), which DENIES Ragsdale's Motion for Summary Judgment or Remand (ECF Nos. 7 & 8); GRANTS the Commissioner's Motion for Summary Judgment (ECF No. 10); and AFFIRMS the Commissioner's decision denying benefits to Ragsdale.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

_____/s/_____
James R. Spencer
United States District Judge

ENTERED this __28th__ day of February 2013.